LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 09 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00029 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **THEFT OF GOVERNMENT PROPERTY** |
| JUSTAIN A. SCARBROUGH, | ) [18 U.S.C. § 641] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 26, 2008, in the District of Guam, the defendant, JUSTAIN A. SCARBROUGH, willfully and knowingly, did steal and purloin United States property from the Army and Air Force Exchange Service, of a value of less than $1,000.00, in violation of Title 18, United States Code, Section 641.

DATED this 8th day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KURT E. GRUNAWALT
Special Assistant U.S. Attorney