# Criminal Case Cover Sheet  U.S. District Court

**Place of Offense:**

City _____Hagatna_____

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____  Docket Number **08-00029**
Same Defendant _____  New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Justain A. Scarbrough_____

Alisas Name _____

Address _____

_____Dededo, Guam_____

Birth date __XX/XX/1989__ SS# __XXX-XX-7356__ Sex __M__ Race __Cau__ Nationality __US__

**U.S. Attorney Information:**

SAUSA __Kurt Grunawalt__

Interpreter: __X__ No ___ Yes    List language and/or dialect: __N/A__

**Location Status:**

Arrest Date __26 Mar 08__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED MAY 09 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__     ____ Petty __X__ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __9 MAY 08__    Signature of SAUSA: _____