1 | LEONARDO M. RAPADAS
United States Attorney
2 | KURT E. GRUNAWALT
Special Assistant U.S. Attorney
3 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 | Hagåtña, Guam 96910
PHONE: (671) 472-7332
5 | FAX: (671) 472-7334

**FILED**
**DISTRICT COURT OF GUAM**

MAY 0 9 2008

**JEANNE G. QUINATA**
**Clerk of Court**

6 | Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **08-00029** |
| Plaintiff, | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS AND ORDER** |
| JUSTAIN A. SCARBROUGH, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a

summons for defendant, JUSTAIN A. SCARBROUGH, based on an Information filed charging

the defendant with one count of theft of government property in violation of 18 U.S.C. § 641.

Respectfully submitted this 8th day of May, 2008.

LEONARDO M. RAPADAS
United States Attorne
Districts of Guam and NMI

By: _____
KURT E. GRUNAWALT
Special Assistant U.S. Attorney

**ORIGINAL**