LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam  96910-5113
PHONE:  472-7332
FAX:  472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.  08-00029 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JUSTAIN A. SCARBROUGH, | ) | |
| Defendant. | ) | |

Upon the filing of an Information and at the request of the United States,

**IT IS HEREBY ORDERED** that a summons be issued for the above-named defendant to appear before this court on Wednesday, June 11, 2008, at 9:30 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 04, 2008**