☒AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

RECEIVED
JUN — 2008
US DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA
V.

JUSTAIN A. SCARBROUGH

## SUMMONS IN A CRIMINAL CASE

Case Number:    CR-08-00029-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room | 3rd Floor Courtroom |
|---|---|---|---|
| Before: | HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Date and Time | Wednesday, June 11, 2008 at 9:30 A.M. |

To answer a(n)
- ☐ Indictment
- ☒ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title    18    United States Code, Section(s)    641

Brief description of offense:

Theft of Government Property

**FILED**
DISTRICT COURT OF GUAM
JUN 0 5 2008
JEANNE G. QUINATA
Clerk of Court

VIRGINIA T. KILGORE, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

JUNE 5, 2008
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 6/5/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: NCS, Dededo

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/5/08
            Date

Name of United States Marshal: Jack Salas

(by) Deputy United States Marshal: M J Patrick

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.