JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JUSTAIN A. SCARBROUGH

**FILED**
DISTRICT COURT OF GUAM
JUN 10 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-00029 |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING INITIAL |
| ) | APPEARANCE HEARING DATE |
| vs. ) | |
| ) | |
| JUSTAIN A. SCARBROUGH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Initial Appearance currently scheduled for Wednesday, June 11, 2008 at 9:30 a.m., be continued one day to June 12, 2008 or a date convenient for the Court's calendar. The parties request this one day continuance as Mr. Scarbrough is unavailable on June 11, 2008.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, June 9, 2008.

_____
JOHN T. GORMAN
Attorney for Defendant
JUSTAIN A. SCARBROUGH

_____
KURT E. GRUNAWALT
Attorney for Plaintiff
UNITED STATES OF AMERICA