JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JUSTAIN A. SCARBROUGH

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00029 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | Granting Stipulation to Continue Initial |
| JUSTAIN A. SCARBROUGH, | ) | Appearance and Arraignment Date |
| Defendant. | ) | |

Upon Stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the Initial Appearance and Arraignment previously scheduled for June 11, 2008 be rescheduled to June 12, 2008, at 9:30 a.m.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 10, 2008