# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00029　　　　　　　　　　　DATE: June 12, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　　Electronically Recorded: 9:33:47 - 9:42:33

**APPEARANCES:**

Defendant: Justain A. Scarbrough　　　　　Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Kurt Grunawalt　　　　　　　U.S. Agent:
U.S. Probation: John San Nicolas
Interpreter:　　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**

- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant waives his right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Defendant arraigned and advised of his rights.
- Plea entered: Not guilty
- Trial Scheduling Order executed.
- Trial set for August 12, 2008 at 9:30 a.m.
- Defendant released.

NOTES: