1

2

3

4

5            DISTRICT COURT OF GUAM

6            TERRITORY OF GUAM

7

8    UNITED STATES OF AMERICA,            CRIMINAL CASE   NO. 08-00029

9                    Plaintiff,

10           vs.

                                         **APPOINTMENT ORDER**
11   **JUSTAIN A. SCARBROUGH,**

12                   Defendant.

13

          IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER**  is appointed to
14
     represent the defendant in the above-entitled case *nunc pro tunc* to June 5, 2008.
15

16

17                                       **/s/ Joaquin V.E. Manibusan, Jr.**
                                            **U.S. Magistrate Judge**
18                                       **Dated: Jun 12, 2008**

19

20

21

22

23

24

25

26

27

28