| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
|   | United States Attorney |
| 2 | KURT E. GRUNAWALT |
|   | Special Assistant U.S. Attorney |
| 3 | Sirena Plaza Suite 500 |
|   | 108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910 |
|   | Telephone: (671) 472-7332 |
| 5 | Telecopier: (671) 472-7334 |

FILED
DISTRICT COURT OF GUAM

JUL 1 8 2008 pd.

JEANNE G. QUINATA
Clerk of Court

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00029 |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION OF PARTIES** |
| vs. | ) **TO CONTINUE TRIAL DATE** |
| JUSTAIN A. SCARBROUGH, | ) |
| Defendant. | ) |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, JUSTAIN A. SCARBROUGH, by and through his attorney, John T. Gorman, Federal Public Defender, and hereby stipulate and request to continue the trial date currently set for August 12, 2008, to a date convenient with the Court approximately 30 days later.

It is further stipulated and agreed by and between the parties, that the time period beginning and including 17 July, 2008, to and including the new, rescheduled trial date, be excluded under 18 U.S.C. § 3161(h)(8)(A) of the Speedy Trial Act.

The parties make this request for the reason that this case was referred to U.S. Probation on 17 July, 2008 for investigation to determine if Pretrial Diversion is appropriate for JUSTAIN A. SCARBROUGH. U.S. Probation requires 45 days to complete its investigation

and issue a final report. The ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

16 JUL 08
Date

/s/ KURT E. GRUNAWALT
KURT E. GRUNAWALT
Special Assistant U.S. Attorney

18 July 08
Date

/s/ JOHN T. GORMAN
JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant