LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00029 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUSTAIN A. SCARBROUGH, | ) | |
| Defendant. | ) | |

Based on the Stipulation of parties to continue the trial and for good cause shown,

**IT IS HEREBY ORDERED** the trial currently scheduled to commence on August 12, 2008, be continued to September 30, 2008, at 9:30 a.m. Furthermore, the Court excludes the period beginning July 17, 2008 through September 30, 2008, inclusive, from computations under the Speedy Trial Act, based on a finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 23, 2008