IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00029 |
| Plaintiff, ) | |
| vs. ) | |
| JUSTAIN A. SCARBROUGH, ) | **ORDER** |
| Defendant. ) | |

On July 23, 2008. this court, based the stipulation of both parties and for good cause shown, continued the trial in the above-captioned case until September 30, 2008. *See* Docket No. 14. In light of this continuance, the court hereby vacates the pretrial conference and hearing on all motions presently scheduled for August 5, 2008 at 9:30 a.m.

SO ORDERED this 29th day of July, 2008.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**